No. 94–1238. TURNER *v.* JABE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 94–1243. RADLOFF ET UX. *v.* FIRST AMERICAN NATIONAL BANK OF ST. CLOUD, N. A., ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1252. DAVIS *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1253. SHARP *v.* SHARP; and SHARP *v.* CONNELLY. Ct. App. Wash. Certiorari denied.

No. 94–1255. SEXTON *v.* CITY OF TWINSBURG. Ct. App. Ohio, Summit County. Certiorari denied.

No. 94–1256. CITY OF EDGERTON ET AL. *v.* GENERAL CASUALTY COMPANY OF WISCONSIN ET AL. Sup. Ct. Wis. Certiorari denied.

No. 94–1262. PAUL *v.* FARMLAND INDUSTRIES, INC. C. A. 8th Cir. Certiorari denied.

No. 94–1263. METZGER *v.* WEST ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1266. THIBODO ET AL. *v.* BOARD OF TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–1270. JOHNSON, INDIVIDUALLY AND AS HEIR TO AND/OR PERSONAL REPRESENTATIVE OF THE ESTATE OF GASTON, DECEASED *v.* DALLAS INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1271. CARLISLE, AS NEXT FRIEND OF CARLISLE *v.* MUNNA. Super. Ct. Ga., Fulton County. Certiorari denied.

No. 94–1272. CITY OF RICHMOND ET AL. *v.* FULLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1273. MOORE ET AL. *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.